IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

```
                                    *
MAURICE D. DIXON,
                                    *
     Plaintiff,
                                    *
     v.                                 CIVIL NO.: WDQ-12-0569
                                    *
SHASTA BEVERAGES, INC., et al.,
                                    *
     Defendants.
                                    *
*    *    *    *    *    *    *    *    *    *    *    *    *
                              ORDER
```

For the reasons discussed in the accompanying Memorandum
Opinion, it is, this 5th day of October, 2012, ORDERED that:

1.   The defendants' motion to dismiss or for summary judgment,

     (ECF No. 9), BE, and HEREBY IS, GRANTED in part and DENIED

     in part:

          a. Summary judgment is GRANTED for the defendants on

          Counts 3, 4, 5, and 6.

          b. Summary Judgment is DENIED on Counts 1 and 2.

2.   The Clerk of the Court shall send copies of this Memorandum

     Opinion and Order to counsel for the parties

                                        _____
                                        William D. Quarles, Jr.
                                        United States District Judge